# UNITED STATES DISTRICT COURT

Marks

**Plaintiff/Petitioner**

vs.

**Defendant(s)/Respondent(s)**

Thompson, Et al

NO.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

**FILED**

JUN - 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 1026

I, __Antolin Marks__, declare I am the plaintiff/petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or five security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows:

civil

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes   ☒   State the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

   ☐ No   ☒   State the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:

There are checks that are non negotiable in the safe 8-11.

**RECEIVED**
MAY 02 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMPLETE REVERSE SIDE OF FORM** ☞

2

3. Do you own any cash, or do you have money in checking or savings accounts?

    ☐ Yes    ▶    State the total value of each item (Include prison account funds):

    ☒ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

    ☐ Yes    ▶    Describe the property and state its approximate value:

    ☒ No

5. Are any persons dependent upon you for support?

    ☐ Yes    ▶    State your relationship to those persons, and indicate how much you contribute toward their support:

    ☒ No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __4/26/07__
           DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATION
### (FOR PRISONER APPLICANTS ONLY)

Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution _____.

__See Attached__

## ORDER OF COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate Judge |

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Marks vs. Thompson

FOR: ___
AT: ___

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): Marks, Antolin

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify) Plaintiff

DOCKET NUMBERS
Magistrate: ___
District Court: ___
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

N/A

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- RECEIVED: 0
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: 0 / 0
- SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE: 0 / 0 / 0
- DESCRIPTION: ___
- IF YES, GIVE THE VALUE AND DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: ___
- Creditors: ___
- Total Debt / Monthly Payt.: $ ___ / $ ___

07 1026
FILED
JUN - 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_____
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ 0 _____ on account at the Northwest Detention Center _____ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ 0 ___. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 0 ___.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

SEE BELOW

4-23-07
_____        _____
Date                   Authorized Officer of Institution (Signature)

```
I certify that Antolin A. Marks, AKA Wayne Rudder has been
incarcerated at the Northwest Detention Center in Tacoma,
Washington from 08/20/2005 to 03/23/2006 and 04/11/2006 to
date.  In the interim he was at the Pierce County Jail
in Tacoma, Washington.  His present commissary balance is
____0____ with an average balance of ___0___ over the past
six months.  He has several checks and money orders in his
personal property which total $811.40.  Attached are copies
of his commissary account and his property records.
```

## Account Activity Ledger

From : 03/01/2006    To : 04/23/2007

Date : 04/23/2007
Time : 07:56

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 34316600 | **Name** RUDDER, WAYNE | | | **Block** C1 117 | | | **Previous Balance** | | 0.00 |
| Imported Entry | 03/09/2006 | 11:36 | B#2 | 114 | D | | 2.43 | | 2.43 |
| 3/9: POD | 03/10/2006 | 10:36 | B#81 | 1414 | D | | 1.00 | | 3.43 |
| 3/10: POD | 03/13/2006 | 10:41 | B#172 | 1992 | D | | 1.00 | | 4.43 |
| 3/13: POD | 03/14/2006 | 11:02 | B#358 | 2954 | D | | 1.00 | | 5.43 |
| 3/14: POD | 03/15/2006 | 10:21 | B#422 | 3336 | D | | 1.00 | | 6.43 |
| Sales Transaction | 03/17/2006 | 15:44 | I#537 | | I | 5.10 | | | 1.33 |
| PAYMENT OF CLAIM/LOS | 03/20/2006 | 17:18 | B#749 | 5434 | D | | 197.00 | | 198.33 |
| RELEASE FUNDS TO COU | 03/21/2006 | 10:41 | B#865 | 5939 | W | | | -15.88 | 182.45 |
| RELEASE FUNDS TO COU | 03/21/2006 | 10:42 | B#866 | 5941 | W | | | -15.88 | 166.57 |
| RELEASE FUNDS TO COU | 03/21/2006 | 10:42 | B#867 | 5943 | W | | | -6.40 | 160.17 |
| Void Withdr. # 5939 | 03/22/2006 | 18:23 | B#1264 | 7253 | W | | | 15.88 | 176.05 |
| Release Funds to Cou | 03/22/2006 | 18:23 | B#1265 | 7257 | W | | | -15.88 | 160.17 |
| Release Funds to Cou | 03/23/2006 | 08:13 | B#1291 | 7325 | W | | | -15.88 | 144.29 |
| Void Withdr. # 5941 | 03/23/2006 | 08:14 | B#1292 | 7327 | W | | | 15.88 | 160.17 |
| Void Withdr. # 5943 | 03/23/2006 | 08:14 | B#1293 | 7329 | W | | | 6.40 | 166.57 |
| Release Funds to Cou | 03/23/2006 | 08:15 | B#1294 | 7333 | W | | | -6.40 | 160.17 |
| Released 03/23/2006 | 03/23/2006 | 14:41 | B#1313 | 7607 | W | | | -160.17 | 0.00 |

|  | Deposits | 6 | For $ | 203.43 |
|---|---|---|---|---|
|  | Withdraws | 10 | For $ | -198.33 |
|  | Invoices | 1 | For $ | 5.10 |

Certified Copy
Of Detainees Account
NWDC
Signature /s/
Date 4-23-07

2/28/2007

## Property Witheld Receipt
Northwest Detention Center

| | |
|---|---|
| **File** | A- 34316600 |
| **Housing** | C 1  117 B |
| **Detainee** | RUDDER     WAYNE |
| **Location** | REINVENTORY |

Inventory     hgrayson

B OF A CASHIER'S CHECK FROM RUTH EVANS #411683706 FOR $500.00 DATED 6/17/2005.
B OF A CHECK FROM FEDEX #2395671 FOR $100.00 DATED 12/15/2005.
B OF A CHECK FROM PIERCE CO. SHERIFF #111099 FOR $35.20 DATED 4/11/2006.
B OF A CHECK FROM PIERCE CO. SHERIFF #111162 FOR $52.25 DATED 4/13/2006.
CITIBANK CHECK FROM UPS #0008683619 FOR $103.95 DATED 8/23/2006.
POSTAL MONEY ORDER FROM OUSANO #09828403942 FOR $20.00 DATED 9/18/2006.

TOTAL $811.40

4-23-07

Total Items

I certify that the above is a correct listing of All Items that were removed from my possession at the time I was placed in Jail.

Inmate Signature / Date

Receiving Officer / Date