FILED
OCT 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTONIN ANDREW MARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1026 |
| | ) | |
| GERALD BROWN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It appears that plaintiff is a detainee in the custody of the Bureau of Immigration and Customs Enforcement. Thus, it appears that plaintiff is not a prisoner for purposes of the Prison Litigation Reform Act, *see* 28 U.S.C. § 1915. *See LaFontant v. Immigration and Naturalization Serv.*, 135 F.3d 158, 165 (D.C. Cir. 1998) (where petitioner seeking review of deportation order is detained by Attorney General for deportation purposes, he is an alien detainee, not a prisoner); *Ojo v. Immigration and Naturalization Serv.*, 106 F.3d 680, 683 (5th Cir. 1997) (holding that "the PLRA does not bring alien detainees within its sweep," such that filing fee provisions did not apply to deportee's habeas action). Having reviewed plaintiff's application to proceed *in forma pauperis*, the Court concludes that plaintiff is unable to pay the filing fee, and the application will be granted.

Accordingly, it is hereby

ORDERED that the Court's June 8, 2007 Order [Dkt. #3] is VACATED. It is further

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. #2] is

1

GRANTED. It is further

ORDERED that the Clerk of Court shall randomly assign this case to a judge for further proceedings.

SO ORDERED.

*MMRoberts*
United States District Judge

Date: 10-19-07