## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOLIN ANDREW MARKS    )
                           )
     Plaintiff           )
                           )      Civil Action No.  07- 1026 EGS
      v               )
GERALD THOMPSON, ET AL    )

### REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on October 26th, 2007  from Unassigned (9098)

to Judge Sullivan  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge Sullivan
& Courtroom Deputy