RECEIVED
MAY - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S District Court
Washington DC

Marks
v
Thompson

07-1026 EGS

Change of Address

To

Antolin Andrew Marks
aka Wayne Rudder
22889048
FC 21 L
P O Box 13900
Seattle, Wash 98198

effective immediately

Proof of Service,

I did send a copy to

Guy Benjamin
1708 Massachusetts N.W.
Washington, DC 20036

on 4-25-08

By 1st class mail