Crenshaw Community Service Center-AAM

Antilin Andrew Marks
1623 E. J. Street, Suite 5
Tacoma, Wash. 98421

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Antolin Andrew Marks,

    Plaintiff,

vs.

GERALD THOMPSON, Etal,

    Defendant

Case No.: 07-1026 EGS

CHANGE OF ADDRESS

**Plaintiff's Address has changed again to:**

Antolin Andrew Marks

1623 E. J. Street, Suite 5

Tacoma, Washington 98421

Effective immediately. Please remail any item sent in the last five to seven days.

Dated: 5-13-08

Antolin Andrew Marks

**RECEIVED**

MAY 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHANGE OF ADDRESS - 1

Crenshaw Community Service Center-AAM

**PROOF OF SERVICE**
**&**

**DECLARATION**

I, Antolin Andrew Marks A PARTY NOT A PARTY, TO THIS ACTION DO HEREBY AVER THAT I HAVE PROVIDED A COPY OF THE FOREGOING DOCUMENT

CHANGE OF ADDRESS

Guy Benjamin
1708 Massachusetts Avenue NW
Washington, D.C. 20009

BY PLACING SUCH INTO THE UNITED STATES MAILBOX DESIGANTED FOR COLLECTION AND DELIVERY TO THE UNITED STATES POST OFFICE THROUGH THE REGULAR COURSE OF BUSINESS AT THE NORTHWEST DETENTION CENTER IN TACOMA, WASHINGTON.

I TESTIFY THAT I AM OVER THE AGE OF EIGHTEEN.

I WILL TESTIFY UNDER THE PENALTY OF PERJURY THAT THIS IS THE TRUTH.

THE ITEMS WERE MAILED FIRST CLASS MAIL ON THE DATE BELOW.

SUBMITTED ON 5-19-08

Antolin Andrew Marks

CHANGE OF ADDRESS - 2