Antolin Andrew Marks[1]
1623 E. J. Street, Suite 5
Tacoma, Washington 98421

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Antolin Andrew Marks | Case No.: **07-1026 EGS** |
| Plaintiff, | **MOTION FOR DEFAULT** |
| vs | |
| Gerald Thompson<br>Herman Brown<br>and the,<br>Embassy of the Republic of<br>Trinidad & Tobago | |

1. This is a suit against Gerald Thompson and Herman Brown, persons who are employed by the Republic of Trinidad and Tobago at the Embassy in the United States, District of Washington, D.C.

2. It is a suit brought by Antolin Andrew Marks, a person who is a citizen of the United States.

The Plaintiff here seeks that the Court enters default judgment on all claims for the Plaintiff and against the several defendants based upon the fact that the Defendants, duly being legally served by the Court, have failed to respond to the suit and are now in default having been served on December 8th, 2007.

Dated: 6-26-08

*Antolin Andrew Marks*

---

[1] On March 17, 2006 the Plaintiff's name was changed by the Pierce District Court to Antolin Andrew Marks from Vincent Daniel Hopper.

MOTION FOR ENTRY OF DEFAULT - 1

**PROOF OF SERVICE**

&

**DECLARATION**

I, Antolin Andrew Marks, A PARTY TO THIS ACTION DO HEREBY AVER THAT I HAVE PROVIDED A COPY OF THE FOREGOING DOCUMENT

**MOTION FOR ENTRY OF DEFAULT**

Guy Benjamin
Immigration Officer
Embassy of the Trinidad and Tobago Country
1708 Massachusetts Avenue N.W.
Washington, D.C. 20036

I WILL TESTIFY UNDER THE PENALTY OF PERJURY THAT THIS IS THE TRUTH.

THE ITEMS WERE MAILED FIRST CLASS MAIL ON THE DATE BELOW.

SUBMITTED ON 6-26-08

*Antolin Andrew Marks*
Antolin Andrew Marks

U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO: Embassy Of Trinidad & Tobago
1708 Mass. Ave, NW
Washingotn, DC 20006

Civil Action, File Number **07-1026 EGS**

**Antolin A. Marks**

V.

**Gerald Thompson, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date these documents were sent. If you fail to do so, judgment by default will be taken against you for the

11-30-07    07-1026 EGS

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Embassy of Trinidad & Tobago
1708 Mass. Ave., NW
Washington, DC 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number (Transfer from service label)
7004 2510 0003 7140 2619

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Receipt of Summons and Complaint By Mail was _____ (USMS Official)

COMPLAINT
complaint in the above captioned manner at _____

Number and Street Name or P.O. Box No.

and Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Copy 4 - USMS District Suspense

Form USM-299
(Rev. 6/95)