Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOLIN ANDREW MARKS

    Plaintiff(s)

   V.

Civil Action No. 07-1026 (EGS)

GERALD THOMPSON, et al

    Defendant(s)

RE: GERALD THOMPSON; EMBASSY OF THE REPUBLIC OF TRINIDAD & TOBAGO; HERMAN BROWN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on December 3, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk